Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Department of Justice__

was received by me on *(date)* __12/26/2018__ .

" I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

" I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

" I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

" I returned the summons unexecuted because _____ ; or

" Other *(specify)*:
Sent by certified mail on 01/02/2019 to the Department of Justice
Sent by certified mail on 01/02/2019 to the Acting Attorney General Matthew G. Whitaker
Sent by certified mail on 01/02/2019 to the U.S. Attorney for the Southern District of New York
See attachment for complete mailing addresses.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __01/15/2019__

*Courteney Leinonen*
*Server's signature*

__Courteney Leinonen, Legal Assistant__
*Printed name and title*

__ACLU Foundation, 125 Broad Street, 18th Floor, New York, NY 10004__
*Server's address*

Additional information regarding attempted service, etc:

Certified Mail Addresses (sent on 01/02/2019):

- Department of Justice, Room B103
  950 Pennsylvania Avenue, NW
  Washington, DC 20530-0001

- Acting Attorney General of the United States, Matthew G. Whitaker
  United States Department of Justice
  950 Pennsylvania Ave., NW
  Washington, D.C. 20530

- U.S. Attorney for the Southern District of New York
  c/o Civil Process Clerk
  86 Chambers Street, 3rd Floor  New
  York City, NY 10007