AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| American Civil Liberties Union, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-12131 |
| Office of the Director of National Intelligence, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Civil Liberties Union and American Civil Liberties Union Foundation                           .

Date:    01/25/2019

/s/ Noor Zafar
*Attorney's signature*

Noor Zafar (5584701)
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Address*

nzafar@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(212) 549-2654
*FAX number*