

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 13, 2022

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *American Civil Liberties Union et al. v. Office of the Director of National Intelligence, et al.*, 18 Civ. 12131 (LGS)

Dear Judge Schofield:

      I write on behalf of both parties in the above-captioned FOIA lawsuit to respectfully request an extension of the time for the parties to propose a revised processing schedule.

      Since our last update on December 22, 2021, ECF No. 81, Plaintiffs reviewed the unclassified index of Item 6 records and identified some records that could be excluded from processing. Plaintiffs also asked questions about the Item 6 records, and requested page counts for records in the index; the government answered these questions and gave page counts earlier this week. Based on these discussions, Plaintiffs have agreed to further narrow the records for processing from Item 6, and have also identified certain priorities within the remaining Item 6 records. Somewhat more than 800 pages remain to be processed.

      The parties' discussions have been productive, but we have not reached agreement on a processing schedule at this time. We respectfully request a short extension, until **Tuesday, January 18, 2022**, to jointly propose a revised processing schedule. If the parties have not reached agreement at that time, we will instead put forth the parties' respective proposals for resolving any dispute.

I thank the Court for its consideration of this matter.

            Respectfully,

            DAMIAN WILLIAMS
            United States Attorney

By: */s/ Peter Aronoff*
   PETER ARONOFF
   Assistant United States Attorney
   Telephone: (212) 637-2697
   Email: peter.aronoff@usdoj.gov

cc: Counsel for Plaintiffs (by ECF)