

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 6, 2022

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *American Civil Liberties Union et al. v. Office of the Director of National*
               *Intelligence, et al.*, 18 Civ. 12131 (LGS)

Dear Judge Schofield:

      I write on behalf of both parties in the above-captioned FOIA lawsuit to provide a status report, as required by the Court's January 19, 2022 order, ECF No. 85.

      Since the parties' May 5 status report, the parties have continued to discuss the government's basis for withholding certain records in full. The government has shared some additional information with Plaintiffs about the difference between the records withheld here and other records that have been disclosed in part outside of this action. Plaintiffs believe that the limited information provided by the government does not support the asserted FOIA exemptions and is inadequate to justify withholding these records in full, given the government's prior official disclosures and the government's duty to disclose all reasonably segregable information. The parties are continuing to discuss the government's position.

      Plaintiffs have also requested additional processing of a transcript withheld in full based on the government's other disclosures in this action. The parties continue to discuss this outstanding issue as well.

      The government's processing of Item 6 records is ongoing, consistent with the operative schedule. Neither side requests any relief from the Court at this time.

I thank the Court for its consideration of this matter.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:   */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
Telephone: (212) 637-2697
Email: peter.aronoff@usdoj.gov

cc: Counsel for Plaintiffs (by ECF)