

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 5, 2022

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *American Civil Liberties Union et al. v. Office of the Director of National Intelligence, et al.*, 18 Civ. 12131 (LGS)

Dear Judge Schofield:

    I write on behalf of both parties in the above-captioned FOIA lawsuit to provide a status report, as required by the Court's January 19, 2022 order, ECF No. 85.

    As noted in the last status report, the only open issue is Plaintiffs' claim for costs and attorneys' fees. Last week, Plaintiffs provided the government with a demand and time records in support of their claim. The government is now evaluating Plaintiffs' demand and intends to respond promptly.

    Because the parties continue to work together productively, we respectfully request that the Court maintain the regular status report requirement.

    I thank the Court for its consideration of this matter.

                                     Respectfully,

                                     DAMIAN WILLIAMS
                                     United States Attorney

                    By:  */s/ Peter Aronoff*
                         PETER ARONOFF
                         Assistant United States Attorney
                         Telephone: (212) 637-2697
                         Email: peter.aronoff@usdoj.gov

cc: Counsel for Plaintiffs (by ECF)